```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

WILLIAM MORRIS AGENCY, LLC,          :          09 Civ. 170 (SHS)

                Plaintiff,          :

     -against-          :          ORDER

BRIAN OBERLE, *ET ANO*,          :

              Defendants.          :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judges.

    A pretrial conference having been held today, with counsel for plaintiff present, and no appearance on behalf of defendants,

    IT IS HEREBY ORDERED that the next pretrial conference is scheduled for July 30, 2009, at 9:30 a.m.

Dated: New York, New York
       June 25, 2009

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.